UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MS. EFFIE LIGON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, the Commissioner of Internal Revenue Paul R. Shipley # 91-02526, Revenue Agent Approving Officer/Group Manager, et. al. in concert,

    Defendant.

Case No. MS05-5024FDB

ORDER

This cause of action has been erroneously filed as a miscellaneous action. Plaintiff, therefore, is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September 30, 2005** or this cause of action will be dismissed.

DATED this 29th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1